IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS

IN RE:        CHRISTOPHER BENTON              CASE NO. 1:15-11153 J
              DEBTOR                           CHAPTER 13

MODIFICATION OF CHAPTER 13 PLAN

Comes Now the Debtor, by and through his attorney, Chris Foster, and for his Modification of Chapter 13 Plan states:

1.    **PAYMENT TO TRUSTEE:** Debtor proposes to pay $545.00 per month to the trustee.
 ( )Weekly ( )Bi-Weekly ( )Semi-Monthly (XXX )Monthly ( )Other

The "BASE," or minimum amount to be paid into the Plan for the Debtor(s) to complete the Plan and be entitled to a discharge, shall be calculated as follows:

| | |
|---|---|
| The SUM of the amount actually paid into the Plan as of the date of this modification: | $748.58 |
| PLUS the amounts proposed to be paid pursuant to this modified Plan, which is $545.00 per month over the remaining 58 months: | $31,610.00 |
| For at TOTAL base of: | $32,358.58 |

2.    **PLAN LENGTH:** shall remain at **60** months.
      A debtor must pay all disposable income into the plan for the benefit of unsecured creditors during the applicable commitment period (unless unsecured creditors are being paid 100%) and the plan length shall not exceed 60 months. The length of the plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund the plan in order to carry out other provisions of the plan as set forth below:

3.    **UNSECURED CREDITORS** –no changes should be made.

4.    Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

5.    All other provisions as set forth in the last plan shall remain the same.

6.      Debtor will pay all disposable income to the Trustee for an "applicable commitment
        period" of the plan for the benefit of unsecured creditors.


Date:  June 2, 2015

                                        Respectfully Submitted,

                                        \s\Chris Foster
                                        _____
                                        Chris Foster
                                        Attorney for Debtors
                                        PO Box 1079
                                        Heber Springs, AR 72543

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS OF ARKANSAS


IN RE:      CHRISTOPHER L. BENTON          CASE NO. 1:15-11153 J
            DEBTOR                          CHAPTER 13


NOTICE OF OPPORTUNITY TO OBJECT
TO MODIFIED PLAN


         You are hereby notified that the debtor has filed the attached modification to the plan pursuant to 11 U. S. C. Sec. 1329 and Rule 2002 (a) (6) of the Rules of Bankruptcy Procedure.  Objections to Confirmation of the Plan as Modified must be filed in writing within twenty-one (21) days from the date of this notice, with the Bankruptcy Court, 300 W. Second St., Little Rock, Arkansas, 72201, with copies to the attorney for debtor and Mark T. McCarty, Trustee, P. O. Box 5006, N. Little Rock, Arkansas, 72119.
         If objections to the plan are filed, they will be set for a hearing by subsequent notice. If no objections are received, the plan as modified may be confirmed without further notice or hearing.


                              Chris Foster
                              Attorney for Debtor
                              PO Box 1079
                              Heber Springs, AR 72543


                              \s\ Chris Foster
                              _____

                              Date:  June 2, 2015

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to the following:

Mark T. McCarty, Trustee
P. O. Box 5006
N. Little Rock,  AR 72119

Legal Division                                    Internal Revenue Service
Employment Security Div.                 PO Box 7346
P. O. Box 2981                                    Philadelphia, PA 19101-7346
Little Rock,  AR 72203

U. S. Attorney                                      Legal Division
Eastern District                                    Dept. of Finance & Admin.
P. O. Box 1229                                    P.O. Box 1272, Room 2380
Little Rock,  AR  72203                       Little Rock, AR 72203


Dated:  June 2, 2015                          \s\ Chris Foster

                                                           _____
                                                           Chris Foster
                                                           Attorney for Debtor
                                                           PO Box 1079
                                                           Heber Springs, AR 72543